**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar Number 065211
428 J Street, Suite 350
Sacramento, CA  95814
Telephone: (916) 443-0217

Attorney for Petitioner
Bobby Joe Floyd

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOBBY JOE FLOYD, | ) | No. CIV. S-03-0015 MCE KJM P |
| | ) | |
| Petitioner | ) | REQUEST FOR EXTENSION |
| | ) | OF TIME TO FILE OBJECTIONS |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STATE OF CALIFORNIA, | ) | |
| Warden, et, al. | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Pursuant to this Court's previous order, petitioner's objections are due on February 12, 2009.

For the reasons set forth below, counsel is requesting an additional two weeks, up to and including March 2, 2009, within which to file petitioner's Objections.

In the past two weeks counsel has been preparing for the evidentiary hearing in the matter of Lewis v Runnels and for oral argument in the matter of Drayton v Castro. In the former,

matter undersigned was just recently appointed and was required to expend considerable effort to review the case to prepare. As a result, and with the hearing on February 2, 2009, undersigned has been unable to devote sufficient time to the preparation of objections in this matter.

    On February 12, 2009, the undersigned called the Deputy Attorney General assigned to this matter and left a message stating my request.

DATED: February 12, 2009

                              Respectfully submitted,

                              Michael B. Bigelow
                              Attorney for Petitioner

**ORDER**

    **IT IS SO ORDERED**

DATED: February 20, 2009.

_____
U.S. MAGISTRATE JUDGE