IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY JOE FLOYD,

      Petitioner,                      No. CIV S-03-0015 MCE KJM P

   vs.

STATE OF CALIFORNIA, et al.,

      Respondents.              ORDER

_____/

      Petitioner has filed a request to proceed in forma pauperis on appeal. Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit.  Accordingly, IT IS HEREBY ORDERED that the request for leave to proceed in forma pauperis on appeal (docket no. 41) is granted.  See 28 U.S.C. § 1915(a).

DATED: June 19, 2009.

_____
U.S. MAGISTRATE JUDGE

1
floy0015.4a