IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY JOE FLOYD, | No. 2:03-cv-00015-MCE-KJM P |
| Petitioner, | |
| vs. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Respondents. | |
| _____/ | |

 Petitioner, a state prisoner, has timely filed a notice of appeal of this court's March 30, 2009 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

 A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

/////

1

1      For the reasons set forth in the magistrate judge's January 26, 2009 findings and
2 recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3 right. Accordingly, a certificate of appealability should not issue in this action.
4      IT IS SO ORDERED.
5 Dated: June 22, 2009

                                       MORRISON C. ENGLAND, JR.
                                       UNITED STATES DISTRICT JUDGE